# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **CRYSTAL LEMOINE** | **CIVIL ACTION NO: 21-cv-983** |
| **VERSUS** | **JUDGE:** |
| **LINDA MOELLENKAMP, AMERICAN ACCESS CASUALTY COMPANY, FCCI INSURANCE COMPANY** | **MAG. JUDGE:** |

## COMPLAINT

The Complaint of **CRYSTAL LEMOINE**, a person of the full age of majority, and a resident and domiciliary of the State of Louisiana, respectfully represents, as follows, to wit:

1.

Made defendants herein are:

**LINDA MOELLENKAMP** who may be personally served at 8214 Kerr Street, Houston, Texas 77029;

**AMERICAN ACCESS CASUALTY COMPANY**, who may be served at 2211 Butterfield Road, Suite 200, Downers Grove, IL, 60515;

**FCCI INSURANCE COMPANY,** a foreign insurance company licensed to do and/or doing business in the State of Louisiana who may be served through its agent for service of process, Honorable R. Kyle Ardoin, Secretary of State, 8585 Archive Ave., Baton Rouge, Louisiana 70809.

### SUBJECT MATTER AND PERSONAL JURISDICTION

2.

This Court has jurisdiction over the subject matter and defendants in this case pursuant to

28 U.S.C. 1332 because there is complete diversity of citizenship between plaintiff and defendant and the amount in controversy exceeds $75,000. Plaintiff is a citizen of Louisiana and defendants are citizens of Texas and Illinois.

**VENUE**

3.

Venue is proper in this Court pursuant to 28 USC 1391 because the plaintiff resides in Avoyelles Parish, Louisiana and the parish of domicile of Capital Signs and Awnings, LLC is also Avoyelles Parish, Louisiana which is within the judicial district of the United States District Court for the Western District of Louisiana, Alexandria Division.

**FACTS**

4.

On or about July 22, 2020, plaintiff, **CRYSTAL LEMOINE**, was the permissive operator of a 2015 GMC Sierra owned by **CAPITAL SIGNS AND AWNINGS, LLC**. This vehicle will hereinafter be referred to as the **"LEMOINE"** vehicle.

5.

On the above-mentioned date, a 2001 GMC Sierra, owned and operated by **LINDA MOELLENKAMP**, was traveling in the far-left lane heading West bound on the East Freeway in Houston, Texas. Defendant, **LISA MOELLEKAMP**, began to hydroplane due to inclement weather. The **"MOELLENKAMP"** vehicle then struck the median, causing the vehicle to spin out of control and suddenly, violently and without any warning, struck the **"LEMOINE"** vehicle, causing the subject accident.

6.

As a result of the aforesaid vehicular collision, Plaintiff has sustained personal injuries to

her mind and body including but not limited to her mid to lower back, hips, neck, and arms.

7.

At all times pertinent herein, Plaintiff was free from fault in causing said accident; further, the said accident was solely and proximately caused by the negligence and/or strict liability of **LINDA MOELLENKAMP**, whose acts of negligence and/or strict liability which include:

1. Driving a vehicle in an unsafe, reckless and dangerous manner;

2. Failing to be attentive and/or observe surrounding traffic;

3. Failing to yield to oncoming traffic;

4. Failing to see what should have been seen; and

5. Failing to control his/her vehicle.

8.

As a result of the above and foregoing accident and resulting injuries, **CRYSTAL LEMOINE** has suffered the following damages: pain and suffering (past, present and future), medical expenses (past, present and future), mental anguish, humiliation and aggravation (past, present and future), loss of wages and wage earning capacity (past, present and future), loss of enjoyment of life (past, present and future), permanent scarring and disfigurement and permanent disability.

9.

Upon information and belief, at all times pertinent herein, defendant **AMERICAN ACCESS CASUALTY COMPANY** issued a policy of automobile insurance to **PAUL MOELLENKAMP AND LINDA MOELLENKAMP** which included liability coverage. As

such, said insurance company is responsible for any and all damages set forth herein by virtue of its contractual obligations to insure defendant, **LINDA MOELLENKAMP** in favor of plaintiff, **CRYSTAL LEMOINE**.

10.

At all times pertinent herein, defendant **FCCI INSURANCE COMPANY**, issued a policy of automobile insurance to **CAPITAL SIGNS AND AWNINGS, LLC** and pursuant to said policy to **FCCI INSURANCE COMPANY** included coverage for an uninsured/underinsured motorist. Due to the underinsured status of the **MOELLENKAMP** vehicle, said insurance company is responsible for any and all damages set forth herein by virtue of its contractual obligations to insure said plaintiff, **CRYSTAL LEMOINE**.

11.

Plaintiff requests that this case be tried by a jury.

**WHEREFORE,** plaintiff prays that his petition be deemed good and sufficient and that the same be served upon defendant herein, ordering them to answer the allegations contained; that after all due legal delays and proceedings are had, that there be judgment in favor of Plaintiff, **CRYSTAL LEMOINE**, and against defendant, **LINDA MOELLENKAMP, AMERICAN ACCESS CASUALTY COMPANY AND FCCI INSURANCE COMPANY**, individually, jointly and in solido, in an amount to commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief necessary herein.

Respectfully submitted:

**BRIAN CAUBARREAUX AND ASSOCIATES**

By: <u>s/Emily Gremillion</u>
    **BRIAN M. CAUBARREAUX, #21522**
    **EMILY GREMILLION, # 31177**
    **EUGENE A. LEDET, JR, #19681**
    144 W. Tunica Drive
    Post Office Box 129
    Marksville, Louisiana 71351
    Telephone: 318-253-0900
    ATTORNEYS FOR THE PLAINTIFFS