United States District Court
Southern District of Texas
**ENTERED**
April 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| **CRYSTAL LEMOINE** | **CIVIL ACTION NO: 4:22-cv-00397** |
| **VERSUS** | **JUDGE: KEITH P. ELLISON** |
| **LINDA MOELLENKAMP, AMERICAN ACCESS CASUALTY COMPANY, FCCI INSURANCE COMPANY** | **MAG. JUDGE:** |

## ORDER

It is hereby ORDERED, ADJUDGED AND DECREED that this suit and all claims alleged therein against Luis Salazar and American Access Casualty Company, be and are hereby dismissed with prejudice with each party to bear his own court costs.

Thus done and signed on this ___7th___ day of ___April___, 2022.

_____
**KEITH P. ELLISON, JUDGE**
**UNITED STATES DISTRICT COURT**