UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL LEMOINE | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | Civil Action Number 4:22-cv-00397 |
| | § | |
| | § | |
| LINDA MOELLENKAMP, AMERICAN | § | |
| ACCESS CASUALTY COMPANY, FCCI | § | |
| INSURANCE COMPANY | § | |
| *Defendants* | § | |

## ORDER GRANTING MOTION TO DISMISS
## LINDA MOELLENKAMP AND AMERICAN ACCESS CASUALTY COMPANY

After considering Plaintiff Crystal Lemoine's Motion to Dismiss Linda Moellenkamp and American Access Casualty Company it is GRANTED. Linda Moellenkamp and American Access Casualty Company, in all capacities, are dismissed from this lawsuit with prejudice.

Signed on this __8th__ day of __July__, 2022.

_____
PRESIDING JUDGE